No. 9641. STATE OF MONTANA on the RELATION OF DOUGLAS BURTON SIPES, Relators, v. DISTRICT COURT of the FOURTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF MISSOULA, and the HONORABLE C. E. COMER, Judge Thereof, Respondents.

291 Pac. (2d) 278.

Decided Dec. 3, 1955.

*Edward T. Dussault, Smith, Boone & Rimel,* Missoula, for Relators.

Per Curiam.

It is ordered that the petition for writ of prohibition and the writ applied for, be and they are denied and this original preceeding in this court is dismissed.

MR. JUSTICE DAVIS specially concurring: I concur

in the court's order solely upon the ground that the remedy by appeal makes prohibition inappropriate.